IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

v.                                                              Case No. 21-cv-610-jdp

NIKOLE BRAUN,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

/s/                                                  October 25, 2021

Peter Oppeneer, Clerk of Court                  Date